IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 20 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-05-220 |
| | § | |
| $16,721, U.S. CURRENCY, | § | |
| Defendant | § | |

## AGREED FINAL JUDGMENT OF FORFEITURE

The parties have announced to the Court that they have reached an agreement. It is ORDERED that:

1. There was probable cause for the seizure of Defendant property;

2. $8,360.50 of Defendant property is forfeited to the United States which shall be disposed of by the United States Department of Homeland Security;

3. $8360.50 of Defendant property shall be returned to Claimant Rolando Pinion by check payable to the order of Rolando Pinion and delivered to Dale Robertson;

4. Claimant Rolando Pinion shall hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

5. All parties will bear their costs including attorneys' fees; and

6. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on _____ at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Court Judge

Agreed as to form and substance:

_____
Rolando Pinon, Claimant

_____
Dale Robertson
Attorney for Claimant Rolando Pinon

_____
Albert Ratliff
Assistant United States Attorney